AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| | |
|---|---|
| United States of America<br>v.<br><br>FRANCISCO ESCOBAR<br>a/k/a Francisco V. Escobar<br><br>*Defendant(s)* | Case No.  6:19-mj-1376 |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __May 27, 2019__ in the county of __Orange__ in the __Middle__ District of __Florida__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. § 1326(a) | Illegal re-entry after removal |

This criminal complaint is based on these facts:
See the attached Affidavit.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Mark Annotti, Deportation Officer
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 5/31/19

City and state: Orlando, FL

_____
*Judge's signature*

The Hon. Gregory J. Kelly, U.S. Magistrate Judge
*Printed name and title*

STATE OF FLORIDA

COUNTY OF ORANGE

CASE NO. 6:19-mj-1376

### AFFIDAVIT IN SUPPORT OF THE ISSUANCE OF A CRIMINAL COMPLAINT

I, Mark Annotti, having been duly sworn, hereby make the following statement in support of the attached criminal complaint:

1. I am a Deportation Officer (DO) with the Department of Homeland Security, United States Immigration and Customs Enforcement (DHS/ICE), and have been employed with DHS/ICE for 16 years. I am currently appointed as the Violent Criminal Alien Section (VCAS) Officer assigned to Enforcement Removal Operations (ERO), Orlando, Florida. My duties include the investigation, arrest, and prosecution of cases involving persons who are illegally residing in the United States in violation of federal law.

2. The information set forth in this affidavit is based on my investigation, information supplied to me by other law enforcement officers and agents, and information contained within various government databases and records. Because this affidavit is submitted for the limited purpose of establishing probable cause to support the issuance of a criminal complaint, I have not included details of all aspects of my investigation. Rather, I have set

forth only those facts I believe are necessary to establish probable cause that a violation of federal law has been committed.

3. On May 27, 2019, the Orlando Police Department (PD) arrested **Francisco ESCOBAR** (a/k/a Francisco V. ESCOBAR) and booked him into the Orange County Jail (OCJ) based on a state criminal charge petit theft (retail). Following his arrest, the OCJ booking system automatically forwarded **ESCOBAR**'s information to the ICE Secure Communities Initiative (SCI) Interoperability Response Center (IRC) in Miami, Florida. The ICE SCI IRC attempted to file an ICE immigration detainer on **ESCOBAR** with the OCJ but learned that he had already been granted bond and released from custody. ICE SCI IRC forwarded the case to ERO Orlando for further investigation. ERO Orlando forwarded **ESCOBAR**'s case to me because it falls under the guidelines of my assigned duties as the VCAS Officer.

4. On May 28, 2019, I contacted OCJ and requested/received **ESCOBAR**'s fingerprints relating to the arrest and booking on May 27, 2019, by the Orlando PD. I submitted this set of fingerprints to the Federal Bureau of Investigation (FBI), Special Processing Center (SPC). The FBI SPC analyzed the set of fingerprints and found them to match **ESCOBAR** (under

his true name Francisco ESCOBAR) and the unique FBI number assigned to **ESCOBAR**.

5. A review of various databases and ICE records disclosed that **ESCOBAR** has an Alien File Number (A xxx xxx 565). He was born in 1982, in Tegucigalpa, Honduras. He is a citizen of Honduras and not a citizen of the United States. On January 7, 2009, an Immigration Judge administratively ordered **ESCOBAR** deported/removed from the United States to Honduras. **ESCOBAR** was physically removed from the United States to Honduras on January 26, 2009.

6. **ESCOBAR** has never applied to the Attorney General of the United States and/or the Secretary of the Department of Homeland Security for permission to re-enter the United States after being removed/deported from the United States.

7. A criminal history check revealed that **ESCOBAR** was convicted of armed robbery, assault with a dangerous weapon, and armed assault with intent to rob, all aggravated felony violations of Massachusetts state law, on June 27, 2005; he received a sentence of four years and one day imprisonment. **ESCOBAR** has numerous other felony convictions in the state of Massachusetts. Furthermore, **ESCOBAR**'s immigration record reflects that he was previously an active MS-13 gang member.

8. Based on the foregoing, there is probable cause to believe that on May 27, 2019, **ESCOBAR** was found to be in the United States voluntarily after being previously removed or deported, in violation of 8 U.S.C. § 1326 (a) and (b)(2).

9. This concludes my affidavit.

_____
Mark Annotti
Deportation Officer
Immigration & Customs Enforcement

Subscribed and sworn to before me
This 31 day of May, 2019.

_____
The Honorable Gregory J. Kelly
United States Magistrate Judge

4